IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BETTY DAUDA, by and through her agent,
MICHAEL DAUDA                                                                    PLAINTIFFS

v.                                        Case No. 5:14-CV-05276

ONE REVERSE MORTGAGE, LLC                                                        DEFENDANT

## **JUDGMENT**

On the 2nd day of November, 2015, this matter came on for trial to a duly selected jury consisting of eight members, the undersigned presiding. At the completion of the trial, the case was submitted to the jury and a unanimous verdict was reached in favor of Defendant, One Reverse Mortgage, LLC (Doc. 37).

The verdict form was signed and dated by the jury foreperson. In accordance with the verdict, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff takes nothing on her Complaint and the matter is DISMISSED WITH PREJUDICE.  All parties are to bear their respective costs and attorneys' fees.

IT IS SO ORDERED AND ADJUDGED this 5th day of November, 2015.

_/s/ P. K. Holmes, III_

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE